MANESS *v.* WAINWRIGHT, SECRETARY, DEPART-
MENT OF OFFENDER REHABILITATION OF
FLORIDA

No. 75–6909.  Argued March 22–23, 1977—Decided March 29, 1977

*Bennett H. Brummer* argued the cause for petitioner.   With
him on the briefs was *Albert G. Caruana.*

*Arthur Joel Berger,* Assistant Attorney General of Florida,
argued the cause for respondent *pro hac vice.*   With him on
the brief were *Robert L. Shevin,* Attorney General, and *Wil-
liam L. Rogers,* Special Assistant Attorney General.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.